[No. 12434-7-III.    Division Three.    June 16, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY LEE ELLSWORTH, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 92-8-00125-6, James M. Murphy, J., entered April 20, 1992. *Reversed* and *dismissed* by unpublished opinion per

Munson, J., concurred in by Sweeney, A.C.J., and Schultheis, J.